UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cr-00008-MPB-TAB |
| ISRAEL WIGGINS, | ) -01 | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on USPO Petition for Action on Conditions of Supervised Release. The parties were afforded due opportunity pursuant to statute and the rules of this court to file objections; none were filed. The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation.

SO ORDERED.

Dated: November 10, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronic service on USPO.

Served electronically on all ECF-registered counsel of record.